UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **James Kingsley-Jones**, | ) | **B-15-11268 C-13G** |
| | ) | |
| Debtor. | ) | |

_____

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**
_____

NOW COMES the undersigned counsel for debtor showing the Court the following:

1. This plan was filed on November 23, 2015.

2. The undersigned counsel has given written notice to debtor that counsel will be retiring on or about March 1, 2018.

3. Debtor was asked to sign a form consenting to the withdrawal of counsel, and appointing substitute counsel, but has failed to execute and return the same to the undersigned.

WHEREFORE, the undersigned prays that he be allowed to withdraw as counsel for the debtor and relieved of all further duties herein.

This the **21st** day of **February, 2018.**

                                                      /s/Jeffrey P. Farran
                                                    JEFFREY P. FARRAN   NCSB #05595

LING & FARRAN
Attorneys at Law
1515 W. Cornwallis Drive, Suite 101
Greensboro, NC  27408-6334
(336) 272-2157

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **James Kingsley-Jones**, | ) | <u>B-15-11268  C-13G</u> |
| | ) | |
| Debtor. | ) | |

_____

**CERTIFICATE OF SERVICE**
_____

I, **Jeffrey P. Farran**, attorney for Debtor, do hereby certify that I have this date served the foregoing **Motion To Withdraw As Counsel For Debtor** on all interested parties herein by depositing a copy thereof in the United States Mail, postage prepaid, addressed as follows:

James Kingsley-Jones
3243 Pleasant Garden Road
Greensboro, NC  27406

And further that I have served a copy thereof by electronic means on **Anita Jo Kinlaw Troxler,** Chapter 13 Trustee, and **William P. Miller,** Bankruptcy Administrator.

This the **21st** day of **February, 2018.**

          /s/Jeffrey P. Farran            _____
         JEFFREY P. FARRAN    NCSB #05595

LING & FARRAN
Attorneys at Law
1515 W. Cornwallis Drive, Suite 101
Greensboro, NC  27408-6334
(336)272-2157